| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEW JERSEY |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **MFG Prestige Auto Group** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **46-0559951** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**<br><br>**630 River Street**<br>**Paterson, NJ 07524**<br>Number, Street, City, State & ZIP Code<br><br>**Passaic**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor  **MFG Prestige Auto Group**  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor  **MFG Prestige Auto Group**                                   Case number (*if known*)
_____Name_____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **MFG Prestige Auto Group**_____ Case number (*if known*)_____
     Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☒ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **MFG Prestige Auto Group**　　　　Case number (*if known*)
　　　　Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 23, 2024**
　　　　　　　MM / DD / YYYY

X **/s/ Melvyn Gonzalez**　　　　　　**Melvyn Gonzalez**
Signature of authorized representative of debtor　　　Printed name

Title  **Sole Shareholder**

**18. Signature of attorney**

X **/s/ Anthony Sodono, III**　　　　Date **February 23, 2024**
Signature of attorney for debtor　　　　　　　MM / DD / YYYY

**Anthony Sodono, III**
Printed name

**McManimon, Scotland & Baumann, LLC**
Firm name

**75 Livingston Avenue**
**Second Floor**
**Roseland, NJ 07068**
Number, Street, City, State & ZIP Code

Contact phone  **973-622-1800**　　Email address  **asodono@msbnj.com**

**NJ**
Bar number and State

Fill in this information to identify the case:
Debtor name: **MFG Prestige Auto Group**
United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **U.S. Small Business Administration CESC - Covid EIDL Service Center 14925 Kingsport Road Fort Worth, TX 76155** | | **Disaster Covid-19 Economic Relief** | | | | **$500,000.00** |
| **Automotive Finance Corp. - NJ Attn: Richard Comito, Branch Mgr. 200 North Main Street Manville, NJ 08835** | | **Line of credit** | | | | **$111,699.38** |
| **Chase PO Box 15298 Wilmington, DE 19860-5298** | | **Credit Card** | | | | **$50,564.65** |
| **CapitalOne Spark Business PO Box 30285 Salt Lake City, UT 84130-0285** | | **Credit card** | | | | **$30,582.66** |
| **New Jersey E-Z Pass c/o Credit Collection Services 725 Canton Street Norwood, MA 02062** | | **File Nos. 07 0982 53488; 07 0610 07159; 07 0478 47325** | | | | **$3,451.58** |
| **American Express Business Line of Credit Business Line of Credit PO Box 570622 Atlanta, GA 30357** | | | | | | **$2,233.00** |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **MFG Prestige Auto Group**　　　　　　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **PSEG**<br>**Attn: Alexandra Grant, Esq., Asst. Coun**<br>**80 Parrk Plaza**<br>**Newark, NJ 07102** | | | | | | **$875.49** |
| **CMG Enterprises**<br>**630 River Street**<br>**Paterson, NJ 07524** | | **Rent** | | | | **$0.00** |
| **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | | | | | | **$0.00** |
| **New Jersey Department of Labor Div. of Emploeyr Accts.**<br>**1 John Fitch Plaza**<br>**PO Box 389**<br>**Trenton, NJ 08611-0389** | | | | | | **$0.00** |
| **New Jersey Division of Taxation Compliance/Enforcement - Bankruptcy Unit**<br>**3 John Fitch Way, 5th Fl.**<br>**Trenton, NJ 08695-0245** | | | | | | **$0.00** |

American Express Business Line of Credit
Business Line of Credit
PO Box 570622
Atlanta, GA 30357


Automotive Finance Corp. - NJ
Attn: Richard Comito, Branch Mgr.
200 North Main Street
Manville, NJ 08835


CapitalOne Spark Business
PO Box 30285
Salt Lake City, UT 84130-0285


Chase
PO Box 15298
Wilmington, DE 19860-5298


CMG Enterprises
630 River Street
Paterson, NJ 07524


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


New Jersey Attorney General's Office
Div. of Law; RJ Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112


New Jersey Department of Labor
Div. of Emploeyr Accts.
1 John Fitch Plaza
PO Box 389
Trenton, NJ 08611-0389


New Jersey Division of Taxation
Compliance/Enforcement - Bankruptcy Unit
3 John Fitch Way, 5th Fl.
Trenton, NJ 08695-0245

New Jersey E-Z Pass
c/o Credit Collection Services
725 Canton Street
Norwood, MA 02062


PSEG
Attn: Alexandra Grant, Esq., Asst. Coun
80 Parrk Plaza
Newark, NJ 07102


U.S. Small Business Administration
CESC - Covid EIDL Service Center
14925 Kingsport Road
Fort Worth, TX 76155


U.S. Small Business Administration
Attn: Natalia Batista Vazquez, Esq.
NJ District Office
Two Gateway Center, Ste. 1002
Newark, NJ 07102


United States Attorney
Peter Rodino Federal Building
970 Broad Street, Ste. 700
Newark, NJ 07102


United States Attorney General
United States Department of Justice
Ben Franklin Station
PO Box 683
Washington, DC 20044

# United States Bankruptcy Court
**District of New Jersey**

In re **MFG Prestige Auto Group**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **MFG Prestige Auto Group** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 23, 2024**
Date

**/s/ Anthony Sodono, III**
**Anthony Sodono, III**
Signature of Attorney or Litigant
Counsel for **MFG Prestige Auto Group**
**McManimon, Scotland & Baumann, LLC**
**75 Livingston Avenue**
**Second Floor**
**Roseland, NJ 07068**
**973-622-1800 Fax:973-712-1463**
**asodono@msbnj.com**